IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PANAS et al. | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA et al., | : | NO. 10-cv-05248 |
|     Defendants. | : | |

ORDER

AND NOW, this 14th day of May, 2012, it is hereby ORDERED that a final pretrial conference in this matter is scheduled for Thursday, May 17, 2012, at 1:00 PM.  The conference shall take place in Room 6614, U.S. Courthouse, 601 Market Street, Philadelphia, PA, 19106.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.